UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    - v. -                         :

SEAN WYGOVSKY,

             Defendant.         :

- - - - - - - - - - - - - - - - - x

**WAIVER OF INDICTMENT**

21 Cr. ___ (JGK)

21 CRIM 718

    The above-named defendant, who is accused of violating Title 15, United States Code, Sections 78j(b) and 78ff, and Title 18, United States Code, Section 1343 and 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:   New York, New York
        November 22, 2021

0202