UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                         -against-

SEAN WYGOVSKY,
                      Defendant.
-------------------------------------------------------------X

21 cr 718 (JGK)

**ORDER**

The Government shall advise the Court of the length of time for trial in this case.

**SO ORDERED.**

JOHN G. KOELTL
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        May 3, 2022