UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -                                        21-cr-718 (JGK)

SEAN WYGOVSKY,                                     ORDER

                Defendant.

---

JOHN G. KOELTL, District Judge:

Defense motions are due **July 1, 2022**. Responses are due **July 15, 2022**. Replies are due **July 22, 2022**.

The Government's Federal Rule of Evidence 404(b) disclosures are due **August 12, 2022**.

Motions in limine, voir dire, and requests to charge are due **September 2, 2022**. Objections and responses thereto are due **September 16, 2022**.

The final pretrial conference will be held on **November 10, 2022 at 4 p.m.**

Trial will begin **November 29, 2022 at 9 a.m.**

SO ORDERED.

Dated:   New York, New York
        May 3, 2022

                                            John G. Koeltl
                                       United States District Judge