

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 4, 2022

**BY ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Sean Wygovsky*
           21 Cr. 718 (JGK)

Dear Judge Koeltl:

    In response to the Court's order (Dkt. No. 23), the Government hereby advises the Court that its best estimate is that the trial of this matter would take up to approximately two weeks.

    Very truly yours,

    DAMIAN WILLIAMS
    United States Attorney

    by: */s/ Daniel Tracer*
        Daniel Tracer
        Assistant United States Attorney
        (212) 637-2329

Cc: Counsel of Record (by ECF)