March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

SEAN WYGOVSKY          Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

21 -CR- 718 ( JGK ) (      )

Defendant __SEAN WYGOVSKY__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

XX  Status and/or Scheduling Conference

___ Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__SEAN WYGOVSKY__
Print Defendant's Name

_____
Defense Counsel's Signature

Anthony M. Capozzolo
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

5/5/22
Date

_____
U.S. District Judge/U.S. Magistrate Judge